IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHARLES H. ADKINS, | § | |
| | § | No. 395, 2016 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1407018904 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 25, 2016
Decided: November 7, 2016

## ORDER

This 7th day of November 2016, it appears to the Court that, on October 7, 2016, the Chief Deputy Clerk issued a notice directing the appellant, Charles H. Adkins, to show cause why this appeal should not be dismissed for Adkins' failure to file the opening brief that was due on September 26, 2016. Adkins has not responded to the notice to show cause within the required ten-day period. As a result, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice